| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | PEGGY SASSO, CA Bar #228906 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ISIDRO MARTINEZ-CHAVEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00391 AWI |
| | ) | |
| *Plaintiff*, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| ISIDRO MARTINEZ-CHAVEZ, | ) | |
| | ) | |
| *Defendant*. | ) | Date: February 19, 2013 |
| | ) | Time: 10:00 A.M. |
| _____ | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Megan A.S. Richards, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Isidro Martinez-Chavez, that the status conference set for January 28, 2013 at 1:00 p.m. before Judge McAuliffe, **may be rescheduled to a fast track change of plea hearing on February 19, 2013 at 10:00 a.m.** before Judge Ishii.

The requested continuance is necessary to allow for plea discussions and the preparation of a presentence report. The requested continuance will conserve time and resources for both counsel and the court.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
3  3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 17, 2013          /s/ Megan A.S. Richards
MEGAN A.S. RICHARDS
Special Assistant United States Attorney
Attorney for Plaintiff


JOSEPH SCHLESINGER
Acting Federal Defender

Dated: January 17, 2013           /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
ISIDRO MARTINEZ-CHAVEZ


IT IS SO ORDERED.

Dated:   January 17, 2013

SENIOR DISTRICT JUDGE